U.S. DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
RECEIVED LAFAYETTE

SEP 04 2014

TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

# UNITED STATES DISTRICT COURT
## WESTERN DISTRICT OF LOUISIANA
### LAFAYETTE DIVISION

| | |
|---|---|
| PEDRO MCDONALD<br>#A-073-712-754<br>VS.<br><br>WARDEN DAVID VIATOR, ET AL. | CIVIL NO. 6:14-0880<br><br>JUDGE HAIK<br><br>MAGISTRATE JUDGE HILL |

## JUDGMENT

This matter was referred to United States Magistrate Judge C. Michael Hill for Report and Recommendation. No response has been filed by petitioner. The Court concludes that the Report and Recommendation of the magistrate judge is correct and therefore adopts the conclusions set forth therein. Accordingly;

**IT IS ORDERED** that this petition is **DISMISSED WITHOUT PREJUDICE** pursuant to LR 43.1W, subject to reinstatement within thirty days for good cause shown.

**THUS DONE AND SIGNED**, in chambers, in Lafayette, Louisiana, on this ___ day of September, 2014.

RICHARD T. HAIK, SR
UNITED STATES DISTRICT JUDGE